**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF VIRGIN ISLANDS

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Magens Point Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0489533** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6200 Magens Bay Road**<br>**St Thomas, VI 00802**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Thomas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Magens Point Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor      **Magens Point Inc.**                                                Case number (*if known*) _____
                Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Magens Point Inc.**

Case number (*if known*) _____

Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2025**
MM / DD / YYYY

**X** */s/ Michael Shelby*
Signature of authorized representative of debtor

**Michael Shelby**
Printed name

Title    **President**

---

**18. Signature of attorney**

**X** */s/ Kevin F. D'Amour*
Signature of attorney for debtor

Date    **June 18, 2025**
MM / DD / YYYY

**Kevin F. D'Amour**
Printed name

**Barnes, D'Amour & Vogel**
Firm name

**5143 Palm Passage
Suite 20C & 21C
St Thomas, VI 00802**
Number, Street, City, State & ZIP Code

Contact phone    **340 776-0777**    Email address    **kdamour@usvilawfirm.com**

**288 VI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Magens Point Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 18, 2025**       X */s/ Michael Shelby*
                                                   Signature of individual signing on behalf of debtor

                                                   **Michael Shelby**
                                                   Printed name

                                                   **President**
                                                   Position or relationship to debtor

Official Form 202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Magens Point Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF VIRGIN ISLANDS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service City View Plaza II 46 Carr 165, Suite 2000 Guaynabo, PR 00968** | | **Trade debt, including FICA - 2014 ($5,459.36)** | **Disputed** | | | **Unknown** |
| **Leonidis B. Sutherland 170 Kel Wen Circle Destin, FL** | | **Loan to Company** | **Contingent Disputed** | | | **$0.00** |
| **Lt. Govenor's Office 5049 Kongens Gade St Thomas, VI 00802** | | **Real Property Tas** | **Disputed** | | | **$120,938.09** |
| **Mary Davies C/O Lee Rohn 1108 King St Suite 3 Christiansted, VI 00820** | Lee Rohn  lee@rohnlaw.com 340 778 8855 | **Personal Injury Judgment** | **Disputed** | | | **$80,000.00** |
| **Michael C. Shelby 6200 Magens Bay Road St Thomas, VI 00802** | | **Shareholder loan and interest on loans** | | | | **$5,243,296.02** |
| **NS II, LLC 605 E. Robinson Street Suite 730 Orlando, FL 32801** | | **Contract for Sale** | **Disputed** | | | **$0.00** |
| **VI Bureau of Internal Revenue 6115 Estate Smith Bay Suite 2225 St Thomas, VI 00802** | | **Trade debt** | **Disputed** | | | **Unknown** |

Debtor   **Magens Point Inc.**                                    Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **VI Department of Labor 2353 Kronprindsens Gade St Thomas, VI 00802** | | **Trade debt** | **Disputed** | | | **$94,693.38** |
| **VI Water & Power Authority P.O. Box 1450 St Thomas, VI 00802** | | **Utility** | **Disputed** | | | **$438,237.74** |

**Fill in this information to identify the case:**

Debtor name **Magens Point Inc.**

United States Bankruptcy Court for the: DISTRICT OF VIRGIN ISLANDS

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................. $ _____ **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................. $ _____ **0.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................... $ _____ **0.00**

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **3,798,937.91**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____ **497,993.21**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____ **5,977,165.23**

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                                                                          $ _____ **10,274,096.35**

**Fill in this information to identify the case:**

Debtor name **Magens Point Inc.**

United States Bankruptcy Court for the: DISTRICT OF VIRGIN ISLANDS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:** Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

| Debtor | **Magens Point Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 7:</td><td colspan="2">**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="2">**Machinery, equipment, and vehicles**</td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 9:</td><td colspan="2">**Real property**</td></tr>
</table>

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Parcel Nos. 7 Estate St. Joseph and Risendahl, No. 4 Great Northside Quarter, St. Thomas, U.S. Virgin Islands, with an address of 6200 Magens Bay Road, St. Thomas, VI 00802** | Fee simple | $3,155,678.00 | | Unknown |
| 55.2. **7A Estate St. Joseph & Rosendahl, Great Northside Quarter, St. Thomas, VI 00802** | Fee simple | $3,155,678.00 | Tax records | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No

| Debtor | **Magens Point Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Magens Point Inc.**

Name

Case number *(If known)* _____

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **Magens Point Inc.**

United States Bankruptcy Court for the: DISTRICT OF VIRGIN ISLANDS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Estate of Dr. Jerome Urban**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Parcel Nos. 7 Estate St. Joseph and Risendahl, No. 4 Great Northside Quarter, St. Thomas, U.S. Virgin Islands, with an address of 6200 Magens Bay Road, St. Thomas, VI 00802** | **$195,000.00** | **Unknown** |

Creditor's mailing address

Describe the lien
**First Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Janet Schuler, et. al**
**2. General Engineering Corporation**
**3. Estate of Dr. Jerome Urban**
**4. Estate of Dr. Jerome Urban et. al**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Estate of Dr. Jerome Urban et. al**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Parcel Nos. 7 Estate St. Joseph and Risendahl, No. 4 Great Northside Quarter, St. Thomas, U.S. Virgin Islands, with an address of 6200 Magens Bay Road, St. Thomas, VI 00802** | **$2,441,492.00** | **Unknown** |

Creditor's mailing address

Describe the lien
**Third Mortgage**

| Debtor | **Magens Point Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **General Engineering Corporation** | **Describe debtor's property that is subject to a lien** | **$1,060,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Parcel Nos. 7 Estate St. Joseph and Risendahl, No. 4 Great Northside Quarter, St. Thomas, U.S. Virgin Islands, with an address of 6200 Magens Bay Road, St. Thomas, VI 00802** | | |

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Janet Schuler, et. al** | **Describe debtor's property that is subject to a lien** | **$102,445.91** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Parcel Nos. 7 Estate St. Joseph and Risendahl, No. 4 Great Northside Quarter, St. Thomas, U.S. Virgin Islands, with an address of 6200 Magens Bay Road, St. Thomas, VI 00802** | | |

Creditor's mailing address

**Describe the lien**

**Third Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Magens Point Inc.**                                           Case number (*if known*) _____
_____
Name

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,798,937.9 1** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name        **Magens Point Inc.**

United States Bankruptcy Court for the:        DISTRICT OF VIRGIN ISLANDS

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:        List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$413,481.00** | **Unknown** |

**Internal Revenue Service**
**City View Plaza II**
**46 Carr 165, Suite 2000**
**Guaynabo, PR 00968**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt, including FICA - 2014 ($5,459.36)**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84,512.21** | **Unknown** |

**VI Bureau of Internal Revenue**
**6115 Estate Smith Bay**
**Suite 2225**
**St Thomas, VI 00802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade debt**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

### Part 2:        List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Magens Point Inc.** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Leonidis B. Sutherland** <br> **170 Kel Wen Circle** <br> **Destin, FL** | ■ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Loan to Company__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,938.09** |
|---|---|---|
| **Lt. Govenor's Office** <br> **5049 Kongens Gade** <br> **St Thomas, VI 00802** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Real Property Tas__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|
| **Mary Davies** <br> **C/O Lee Rohn** <br> **1108 King St Suite 3** <br> **Christiansted, VI 00820** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Personal Injury Judgment/Settlement__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,243,296.02** |
|---|---|---|
| **Michael C. Shelby** <br> **6200 Magens Bay Road** <br> **St Thomas, VI 00802** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Shareholder loan and interest on loans__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **NS II, LLC** <br> **605 E. Robinson Street** <br> **Suite 730** <br> **Orlando, FL 32801** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Contract for Sale__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,693.38** |
|---|---|---|
| **VI Department of Labor** <br> **2353 Kronprindsens Gade** <br> **St Thomas, VI 00802** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$438,237.74** |
|---|---|---|
| **VI Water & Power Authority** <br> **P.O. Box 1450** <br> **St Thomas, VI 00802** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Utility__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **Magens Point Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 497,993.21 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,977,165.23 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,475,158.44 |

**Fill in this information to identify the case:**

Debtor name __**Magens Point Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF VIRGIN ISLANDS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Membership Agreement**  State the term remaining  List the contract number of any government contract | **Alan and Jeanne Saalfrank 825 Ansley Dr Fort Wayne, IN 46804** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Membership Agreement**  State the term remaining  List the contract number of any government contract | **Andrew and Debbie Pirkle P.O. Box 2697 Big Spring, TX 79720** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Membership Agreement**  State the term remaining  List the contract number of any government contract | **Brenda and Niles Howard 516 Hardage Trace Marietta, GA 30064** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Membership Agreement**  State the term remaining  List the contract number of any government contract | **Brian, Laura and Marc McKay 36 Manalapan Ave Freehold, NJ 07728** |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 10

Debtor 1   **Magens Point Inc.**                                                          Case number *(if known)* _____

First Name          Middle Name          Last Name

◾ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carole Lucas and Peter Cooney** |
| | List the contract number of any government contract | | **27 Briar Circle** **South Yarmouth, MA 02664** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dearline and Terry Wiliams** |
| | List the contract number of any government contract | | **3818 Bell St** **Wilson, NC 27893** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Debra and Kelly Wilson** |
| | List the contract number of any government contract | | **8 West Wlanut St** **Washington, IN 47501** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dennis, Nancy and Kristin Straiter** |
| | List the contract number of any government contract | | **156 A South Forth ST.** **Lehighton, PA 18235** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Diann Adams** |
| | List the contract number of any government contract | | **19 Woodlan Rd** **Durham, ME 04222** |

Debtor 1    **Magens Point Inc.**                                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

### ▇ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.**  State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

    State the term remaining

    List the contract number of any government contract

**Donald Esler**
**5955 Trigstad Rd**
**Aurora, MN 55705**

---

**2.11.**  State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

    State the term remaining

    List the contract number of any government contract

**Gene Cartier**
**1712 Farington Lane**
**Fayetteville, NC 28305**

---

**2.12.**  State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

    State the term remaining

    List the contract number of any government contract

**Gregory Carman**
**266 Main Street**
**Farmingdale, NY 11785**

---

**2.13.**  State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

    State the term remaining

    List the contract number of any government contract

**Guy Raymond**
**190 Old Cove Rd**
**Liverpool, NY 13090**

---

**2.14.**  State what the contract or lease is for and the nature of the debtor's interest — **Membership Agreement**

    State the term remaining

    List the contract number of any government contract

**Heather and Zane Hannold**
**1104 Stone Ferry Lane**
**Raleigh, NC 27606**

---

Debtor 1  **Magens Point Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **John and Diana Choy** |
| | List the contract number of any government contract | _____ | **983 New Brunswick Ave**<br>**Rahway, NJ 07065** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **John and Moddy Harding** |
| | List the contract number of any government contract | _____ | **219 Pine St**<br>**Freeport, NY 11520** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **John Kondracki** |
| | List the contract number of any government contract | _____ | **171 Tifton St**<br>**Advance, MA 02700-6000** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **John Primm** |
| | List the contract number of any government contract | _____ | **9191 North Lima Rd**<br>**Youngstown, OH 44514** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Joseph and Victoria Santa Maria** |
| | List the contract number of any government contract | _____ | **7102 Myrtlewood Lane**<br>**Spring Hill, FL 34606** |

Debtor 1   **Magens Point Inc.**                                                    Case number (*if known*) _____
_____
First Name      Middle Name      Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.20. State what the contract or lease is for and the nature of the debtor's interest  —  **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Judith and RB Hooks
18304 Walker Branch CT
Laurel, MD 20707**

---

2.21. State what the contract or lease is for and the nature of the debtor's interest  —  **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Karen Mueller
2209 Harbor Dr
Bismarck, ND 58504**

---

2.22. State what the contract or lease is for and the nature of the debtor's interest  —  **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Keri and Stanley Monokandilos
1037 Penninsula Ave
Tarpon Springs, FL 34689**

---

2.23. State what the contract or lease is for and the nature of the debtor's interest  —  **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Lars and Terrie Hallberg
1408 Rebecca Lane
Saint Paul, MN 55122**

---

2.24. State what the contract or lease is for and the nature of the debtor's interest  —  **Membership Agreement**

State the term remaining

List the contract number of any government contract

**Louise Mary Jerrell
2741 N Salisbury
Apt #2303
Carmel, IN 46033**

---

Debtor 1   **Magens Point Inc.**                                                    Case number (*if known*) _____
   First Name        Middle Name            Last Name

<span style="background-color:#3d0040;color:#3d0040">████</span>   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Luis Despaigne**<br>**2067 Independence Dr**<br>**New Windsor, NY 12553** |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Marcia Simpson and Daniel Routley**<br>**Three Tulip St**<br>**Wallaceburg, ON** |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Mark and Shrley Nicol**<br>**10417 Mount Sunapee Rd**<br>**Vienna, VA 22182** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest | **Consent Judgment dated September 9, 2015, in the amount of $670,000.00 (this amount was subsequently reduced to $80,000.00 in a mediation) in which Resort Management Services, Inc. d/b/a Magens Point Resort, Inc. agreed to a judgment being entered against it which was reduced in mediation, which remains unsatisfied.** |
| State the term remaining | |
| List the contract number of any government contract | **Mary Davies**<br>**C/O Lee Rohn**<br>**1108 King St Suite 3**<br>**Christiansted, VI 00820** |

Debtor 1    **Magens Point Inc.**

First Name    Middle Name    Last Name    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Maylyne and Evan Kamidoi**<br>**821 North Z St**<br>**Lompoc, CA 93436-3815** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Contract of Sale dated January 29, 2018 by and between Tropic Leasure Corporation, Magens Interval Resort, Inc. and Magens Point Inc, (the "Sellers") and NS II LLC (the "Buyers") for the sale of property 7-Remainder, 7A, 7B, 7D Estate St. Joseph and Rosendahl, Great Northside Quarter, St. Thomas, US Virgin Islands (the "Property") for $1,500.000.00 with Closing to take place within 135 days of the date of this Contract of Sale.** | |
| | State the term remaining | | **NS II, LLC**<br>**605 E. Robinson Street**<br>**Suite 730**<br>**Orlando, FL 32801** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patty L. Tigner, Trustee**<br>**P.O. Box2281**<br>**Lancaster, ME 04313** |

Debtor 1    **Magens Point Inc.**                                                      Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Peter White, Jr.**<br>**7390 SW 131 St**<br>**Miami, FL 33156-5370** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Philip and Barbara Fitzpatrick**<br>**26 Foxhunt Ct**<br>**Staten Island, NY 10301** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Phillip Huggett**<br>**W 4277 County Rd G**<br>**Ellsworth, WI 54011** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Randall Goertzen**<br>**26427 High Banks Dr**<br>**Salisbury, MD 21801** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Richard and Janice Godden**<br>**N 8036 900th St**<br>**River Falls, WI 54022** |
| | List the contract number of any government contract | | |

Debtor 1    **Magens Point Inc.**                                                  Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Richard Knop** |
| | List the contract number of any government contract | | **38320 Imperial Lane**<br>**Waukegan, IL 60087** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Richard Morabito** |
| | List the contract number of any government contract | | **28567 Chatham**<br>**Grosse Ile, MI 48138** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Robyn and Bruce Ratliff** |
| | List the contract number of any government contract | | **3459 Van Wie Dr. East**<br>**Baldwinsville, NY 13027** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Roger Lombard** |
| | List the contract number of any government contract | | **10965 1st Street**<br>**Foley, MN 56329** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sand K Pepperman** |
| | List the contract number of any government contract | | **36897 Almont Dr**<br>**Sterling Heights, MI 48310** |

Debtor 1    **Magens Point Inc.**                                    Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sandra Swaringen** |
| | List the contract number of any government contract | | **171 Lakewood Drive** |
| | | | **Wilkesboro, NC 28697** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tammy McIntyre** |
| | List the contract number of any government contract | | **28 Gerenal Wooster Rd** |
| | | | **Derby, CT 06418** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Timothy and Sarah O'Connor** |
| | List the contract number of any government contract | | **1411 Wolftrap Run Rd** |
| | | | **Vienna, VA 22180** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tom Gretchen** |
| | List the contract number of any government contract | | **1107 Duncan Ave** |
| | | | **Elgin, IL 60120** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** | |
|---|---|---|---|
| | State the term remaining | | **William Dillard** |
| | List the contract number of any government contract | | **120 Providence Place** |
| | | | **York, SC 29745** |

**Fill in this information to identify the case:**

Debtor name   **Magens Point Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VIRGIN ISLANDS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Flamboyan on the Bay Resort & Villas LLC** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **NS II, LLC** | ☐ D _____<br>☑ E/F __3.5__<br>☐ G _____ |
| 2.2 | **Magens Internal Resort Inc.** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **NS II, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **MTS Suites LLC** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **NS II, LLC** | ☐ D _____<br>☑ E/F __3.5__<br>☐ G _____ |
| 2.4 | **Tropic Leisure Corp** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **NS II, LLC** | ☐ D _____<br>☑ E/F __3.5__<br>☐ G _____ |
| 2.5 | **VIDLOT LLC** | **6200 Magen Bay Road**<br>**St Thomas, VI 00802** | **NS II, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Magens Point Inc.**

United States Bankruptcy Court for the:  DISTRICT OF VIRGIN ISLANDS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:   Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |
   | 4.1.  **Michael C. Shelby 6200 Magens Bay Road St Thomas, VI 00802 Sharholder** | **Throughout the year** | **Unknown** | **Reimbursed expensives of behalf of the Debtor** |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Magens Point Inc.**                                     Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Mercedes Shelby** **6200 Magens Bay Road** **St Thomas, VI 00802** **Wife of Shareholder** | **Throughout the year** | **Unknown** | **Reimbursed expenses on behalf of the Debotr** |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **NS II, LLC v. Tropic Leisure Corp,. Magens Interval Resort, Inc., Magens Point, Inc., F;amboyan on the Bay Resort & Villas, LLC, MTS Suites LLC, Vidlot, LLC ST-2020-CV-00191** | **Civil - Action for Breach of Contract, Specific Performance and Declaratory Judgments** | **Superior Court of the Virgin Islands** **Alexander A. Farrelly Justice Center** **5400 Veteran's Drive, Suite 1** **St Thomas, VI 00802** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magens Point Inc.** | Case number *(if known)* |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barnes, D'Amour & Vogel**<br>**5143 Palm Passage**<br>**Suite 20C & 21C**<br>**St Thomas, VI 00802** | **Attorney Fees** | **Throughout the year** | **$0.00** |
| | **Email or website address**<br>**kdamour@usvilawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any payments or transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

| Debtor | **Magens Point Inc.** | | Case number *(if known)* | |

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<div style="background:black"></div>

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magens Point Inc.** | Case number *(if known)* |
|---|---|---|

not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magens Point Inc.** | Case number *(if known)* |
| --- | --- | --- |

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Michael C. Shelby** | **6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **President** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. **Michael C. Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Reimbursed Expenses made on behalf of the Debtor** | **Throughout the year** | **Reimbursed Expenses made on behalf of the Debtor** |
| **Relationship to debtor**<br>**Shareholder** | | | |

Debtor **Magens Point Inc.** _____  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mercedes Shelby**<br>**6200 Magens Bay Road**<br>**St Thomas, VI 00802** | **Reimbursed Expenses made on behalf of Debtor** | | **Reimbursed Expenses made on behalf of Debtor** |
| | Relationship to debtor<br>**Wife of Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 18, 2025**
_____

**/s/ Michael Shelby** _____       **Michael Shelby** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Virgin Islands

In re  **Magens Point Inc.**

Case No.

Debtor(s)

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 47,500.00 |

2.   The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):   **Michael Shelby**

3.   The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 18, 2025** | **/s/ Kevin F. D'Amour** |
| *Date* | **Kevin F. D'Amour** |
| | *Signature of Attorney* |
| | **Barnes, D'Amour & Vogel** |
| | **5143 Palm Passage** |
| | **Suite 20C & 21C** |
| | **St Thomas, VI 00802** |
| | **340 776-0777** |
| | **kdamour@usvilawfirm.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of Virgin Islands

In re   **Magens Point Inc.**

Case No.

_____ Debtor(s)

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Michael Shelby**<br>**6200 Magens Point Rd**<br>**St Thomas, VI 00802** | | | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 18, 2025**

Signature   **/s/ Michael Shelby**

**Michael Shelby**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Virgin Islands

In re   **Magens Point Inc.**                                                    Case No.
                                        Debtor(s)                         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **June 18, 2025**                          **/s/ Michael Shelby**
                                                    **Michael Shelby/President**
                                                    Signer/Title

MAGENS POINT INC.
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

DENNIS, NANCY AND KRISTIN STRAITER
156 A SOUTH FORTH ST.
LEHIGHTON, PA 18235

GUY RAYMOND
190 OLD COVE RD
LIVERPOOL, NY 13090

KEVIN F. D'AMOUR
BARNES, D'AMOUR & VOGEL
5143 PALM PASSAGE
SUITE 20C & 21C
ST THOMAS, VI 00802

DIANN ADAMS
19 WOODLAN RD
DURHAM, ME 04222

HEATHER AND ZANE HANNOLD
1104 STONE FERRY LANE
RALEIGH, NC 27606

ALAN AND JEANNE SAALFRANK
825 ANSLEY DR
FORT WAYNE, IN 46804

DONALD ESLER
5955 TRIGSTAD RD
AURORA, MN 55705

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II
46 CARR 165, SUITE 2000
GUAYNABO, PR 00968

ANDREW AND DEBBIE PIRKLE
P.O. BOX 2697
BIG SPRING, TX 79720

ESTATE OF DR. JEROME URBAN

JANET SCHULER, ET. AL

BRENDA AND NILES HOWARD
516 HARDAGE TRACE
MARIETTA, GA 30064

ESTATE OF DR. JEROME URBAN ET. AL

JOHN AND DIANA CHOY
983 NEW BRUNSWICK AVE
RAHWAY, NJ 07065

BRIAN, LAURA AND MARC MCKAY
36 MANALAPAN AVE
FREEHOLD, NJ 07728

FLAMBOYAN ON THE BAY RESORT & VILLAS INC
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

JOHN AND MODDY HARDING
219 PINE ST
FREEPORT, NY 11520

CAROLE LUCAS AND PETER COONEY
27 BRIAR CIRCLE
SOUTH YARMOUTH, MA 02664

GENE CARTIER
1712 FARINGTON LANE
FAYETTEVILLE, NC 28305

JOHN KONDRACKI
171 TIFTON ST
ADVANCE, MA 02700-6000

DEARLINE AND TERRY WILIAMS
3818 BELL ST
WILSON, NC 27893

GENERAL ENGINEERING CORPORATION

JOHN PRIMM
9191 NORTH LIMA RD
YOUNGSTOWN, OH 44514

DEBRA AND KELLY WILSON
8 WEST WLANUT ST
WASHINGTON, IN 47501

GREGORY CARMAN
266 MAIN STREET
FARMINGDALE, NY 11785

JOSEPH AND VICTORIA SANTA M
7102 MYRTLEWOOD LANE
SPRING HILL, FL 34606

JUDITH AND RB HOOKS
18304 WALKER BRANCH CT
LAUREL, MD 20707

MARCIA SIMPSON AND DANIEL ROUTLEY
THREE TULIP ST
WALLACEBURG, ON

NS II, LLC
605 E. ROBINSON STREET
SUITE 730
ORLANDO, FL 32801

KAREN MUELLER
2209 HARBOR DR
BISMARCK, ND 58504

MARK AND SHRLEY NICOL
10417 MOUNT SUNAPEE RD
VIENNA, VA 22182

PATTY L. TIGNER, TRUSTEE
P.O. BOX2281
LANCASTER, ME 04313

KERI AND STANLEY MONOKANDILOS
1037 PENNINSULA AVE
TARPON SPRINGS, FL 34689

MARY DAVIES
C/O LEE ROHN
1108 KING ST SUITE 3
CHRISTIANSTED, VI 00820

PETER WHITE, JR.
7390 SW 131 ST
MIAMI, FL 33156-5370

LARS AND TERRIE HALLBERG
1408 REBECCA LANE
SAINT PAUL, MN 55122

MARY DAVIES
C/O LEE ROHN
1108 KING ST SUITE 3
CHRISTIANSTED, VI 00820

PHILIP AND BARBARA FITZPATR
26 FOXHUNT CT
STATEN ISLAND, NY 10301

LEONIDIS B. SUTHERLAND
170 KEL WEN CIRCLE
DESTIN, FL

MAYLYNE AND EVAN KAMIDOI
821 NORTH Z ST
LOMPOC, CA 93436-3815

PHILLIP HUGGETT
W 4277 COUNTY RD G
ELLSWORTH, WI 54011

LOUISE MARY JERRELL
2741 N SALISBURY
APT #2303
CARMEL, IN 46033

MICHAAL SHEESLEY
CONDO TORRE DEL MAR, APT 2201
1477 ASHFORD AVE
SAN JUAN, PR 00907

RANDALL GOERTZEN
26427 HIGH BANKS DR
SALISBURY, MD 21801

LT. GOVENOR'S OFFICE
5049 KONGENS GADE
ST THOMAS, VI 00802

MICHAEL C. SHELBY
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

RICHARD AND JANICE GODDEN
N 8036 900TH ST
RIVER FALLS, WI 54022

LUIS DESPAIGNE
2067 INDEPENDENCE DR
NEW WINDSOR, NY 12553

MTS SUITES LLC
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

RICHARD KNOP
38320 IMPERIAL LANE
WAUKEGAN, IL 60087

MAGENS INTERNAL RESORT INC.
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

NS II, LLC
605 E. ROBINSON STREET
SUITE 730
ORLANDO, FL 32801

RICHARD MORABITO
28567 CHATHAM
GROSSE ILE, MI 48138

ROBYN AND BRUCE RATLIFF
3459 VAN WIE DR. EAST
BALDWINSVILLE, NY 13027

VI DEPARTMENT OF LABOR
2353 KRONPRINDSENS GADE
ST THOMAS, VI 00802

ROGER LOMBARD
10965 1ST STREET
FOLEY, MN 56329

VI WATER & POWER AUTHORITY
P.O. BOX 1450
ST THOMAS, VI 00802

SAND K PEPPERMAN
36897 ALMONT DR
STERLING HEIGHTS, MI 48310

VIDLOT LLC
6200 MAGEN BAY ROAD
ST THOMAS, VI 00802

SANDRA SWARINGEN
171 LAKEWOOD DRIVE
WILKESBORO, NC 28697

WILLIAM DILLARD
120 PROVIDENCE PLACE
YORK, SC 29745

TAMMY MCINTYRE
28 GERENAL WOOSTER RD
DERBY, CT 06418

TIMOTHY AND SARAH O'CONNOR
1411 WOLFTRAP RUN RD
VIENNA, VA 22180

TOM GRETCHEN
1107 DUNCAN AVE
ELGIN, IL 60120

TROPIC LEISURE CORP
6200 MAGENS BAY ROAD
ST THOMAS, VI 00802

VI BUREAU OF INTERNAL REVENUE
6115 ESTATE SMITH BAY
SUITE 2225
ST THOMAS, VI 00802

# United States Bankruptcy Court
### District of Virgin Islands

In re   __Magens Point Inc.__

Debtor(s)

Case No. _____

Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Magens Point Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael Shelby**
**6200 Magens Point Rd**
**St Thomas, VI 00802**

☐ None [*Check if applicable*]

__June 18, 2025__

Date

__/s/ Kevin F. D'Amour__

**Kevin F. D'Amour**

Signature of Attorney or Litigant

Counsel for   **Magens Point Inc.**

**Barnes, D'Amour & Vogel**
**5143 Palm Passage**
**Suite 20C & 21C**
**St Thomas, VI 00802**
**340 776-0777**
**kdamour@usvilawfirm.com**